■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HARRY DUREN, Appellant. [718 NYS2d 174] —Judgment, Supreme Court, New York County (Micki Scherer, J.), rendered on or about November 3, 1999, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal.

Pursuant to CPL 460.20, defendant has the right to apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within thirty (30) days after service of a copy of this order, with notice of entry.

Denial of the application for permission to appeal by the Judge or Justice first applied to is final and no new application may thereafter be made to any other Judge or Justice. Concur—Sullivan, P. J., Wallach, Lerner, Andrias and Buckley, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TANNESIA WASHINGTON, Appellant. [717 NYS2d 542] —Judgment, Supreme Court, New York County (Colleen McMahon, J.), rendered October 18, 1995, convicting defendant, after a jury trial, of criminal possession of a controlled substance in the third degree, and sentencing her, as a second felony offender, to a term of 6 to 12 years, unanimously affirmed.

Defendant's suppression motion was properly denied. There is no basis upon which to disturb the court's credibility determinations, which are supported by the record.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence. We find no basis upon which to disturb the jury's credibility determinations. Concur—Sullivan, P. J., Wallach, Lerner, Andrias and Buckley, JJ.